

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00629-CV

**BEXAR COUNTY**,
Appellant

v.

Leticia **VOTION**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-02670
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are taxed against Bexar County.

SIGNED May 20, 2015.

_____
Patricia O. Alvarez, Justice